167 A.3d 646

CRISTIAN OSSA, PLAINTIFF–PETITIONER, v. KALYANA MITRA L.L.C. (A/K/A WELLNESS POSSIBILITIES), AND DAWN NOBLE, DEFENDANTS, AND KATHY MILLER, DEFENDANT–RESPONDENT.

May 5, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003915–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.